**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00482-CR

**JOVONISH DAVOE ARNOLD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20106-S**

## ORDER

Appellant's December 21, 2015 second motion for extension of time to file appellant's brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on December 21, 2015 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE